■ CLASSON REALTY CORP., Respondent, v TOWER INSURANCE COMPANY OF NEW YORK, Appellant. [889 NYS2d 480]—

The proponent of a motion for summary judgment must establish its entitlement to judgment as a matter of law by demonstrating that there are no triable issues of fact (*see Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851, 853 [1985]). The defendant failed to demonstrate that there are no triable issues of fact regarding whether the plaintiff insured made material misrepresentations during the defendant's investigation of the plaintiff's claim (*see Christophersen v Allstate Ins. Co.*, 34 AD3d 515 [2006]; *Fine v Bellefonte Underwriters Ins. Co.*, 725 F2d 179, 183 [1984], *cert denied* 469 US 874 [1984]). Accordingly, the Supreme Court properly denied the defendant's motion for summary judgment dismissing the complaint. Fisher, J.P., Angiolillo, Lott and Sgroi, JJ., concur.